UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ray E. Hoffman and Patricia L. Hoffman, husband and wife,<br>    *Plaintiffs,*<br><br>vs.<br><br>PennyMac Holdings LLC, Homecomings Financial Network, Inc. and all other persons or entities unknown claiming any right, title, or interest in the property described in Complaint,<br>    *Defendants.* | Case No.: 2:17-cv-01062-JLR<br><br>[Removal from Superior Court for the State of Washington, County of Whatcom, Case No. 17-2-01094-1]<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT E\*TRADE, AS SUCCESSOR IN INTEREST TO HOMECOMINGS FINANCIAL NETWORK, INC.** |

**IT IS HEREBY STIPULATED** by and between counsel for Defendant E\*Trade, as successor in interest to Homecomings Financial Network, Inc., and counsel for Plaintiff Ray and Patricia Hoffman, and subject to the approval of the court, as follows:

1. E\*Trade, as successor in interest to Homecomings Financial Network, Inc., shall reconvey to the Plaintiffs the second position deed of trust dated April 7, 2006 naming Mortgage Electronic Registration Systems, Inc. as beneficiary, solely as nominee for Homecomings Financial Network, Inc. that was recorded April 14, 2006 under the Whatcom County Auditor's recording number 2060402172.

2. Defendant E\*Trade, as successor in interest to Homecomings Financial Network, Inc. shall be, and hereby is, dismissed from the above-entitled action with prejudice.

3. Each party shall bear its own costs.

STIPULATED ORDER

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE(360) 676-0529
FAX (360) 676-0067

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: 09/19/2018   /s/ *Steven C. Hathaway*
Steven C. Hathaway, WSBA # 24971
Attorney for Plaintiffs
3811 Consolidation Avenue
Bellingham, WA 98229
(360) 676-0529
shathaway@expresslaw.com

Date: 09/19/2018   /s/ *Scott D. Crawford*
Scott D. Crawford, Esq.
Attorney for Defendant E*Trade, as successor in interest to Homecomings Financial Network, Inc.
11335 NE 122nd Suite 105
Kirkland, WA 98034
P: 206-209-0375 ext 551 |F: 206-260-8870
scrawford@ZBSlaw.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: 10/17/2018

_____
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER