UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY E. HOFFMAN, et al.,<br><br>               Plaintiffs,<br>    v.<br><br>PENNYMAC HOLDINGS, LLC,<br><br>               Defendant. | CASE NO. C17-1062JLR<br><br>NOTICE OF LIKELY CHANGE IN THE TRIAL DATE |

The court hereby notifies the parties and counsel of a likely change in the trial date for this case. The court intends to advance the start of the bench trial from January 22, 2019, to January 14, 2019. The court will confirm the change in the trial date on January

//
//
//
//
//

ORDER - 1

8, 2019. In the meantime, counsel should prepare for trial to commence on January 14, 2019.

Dated this 27th day of December, 2018.

JAMES L. ROBART
United States District Judge