UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY E. HOFFMAN, et. al., <br><br> Plaintiffs, <br> v. <br><br> PENNYMAC HOLDINGS, LLC, <br><br> Defendant. | CASE NO. C17-1062JLR <br><br> ORDER ALTERING DEADLINES FOR TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

On December 27, 2018, the court notified the parties of a likely change in the trial date from January 22, 2019, to January 14, 2019. (12/17/18 Order (Dkt. # 37).) In light of this likely change in the trial date, the court also alters another pretrial deadline. The deadline for the parties to submit trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony is presently January 15, 2019. (Sched. Order (Dkt. # 11) at 2.) The court hereby advances this deadline from January 15, 2019, to January 8, 2019.

If any party intends to seek relief from this order or the court's order altering the trial date (*see* 12/27/18 Order), the party must do so by filing an appropriate motion demonstrating good cause for any such relief no later than 12:00 p.m. on Wednesday, January 2, 2019.

Dated this 28th day of December, 2018.

JAMES L. ROBART
United States District Judge