Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Ray E. Hoffman and Patricia L. Hoffman, husband and wife,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>PennyMac Holdings LLC, Homecomings Financial Network, Inc. and all other persons or entities unknown claiming any right, title, or interest in the property described in Complaint,<br>    *Defendants.* | Case No.: 2:17-cv-01062-JLR<br><br>[Removal from Superior Court for the State of Washington, County of Whatcom, Case No. 17-2-01094-1]<br><br>**STIPULATION FOR CHANGE OF TRIAL DATE** |

Counsel for Plaintiff and counsel for Defendant stipulate and jointly move for the continuance and resetting of the trial date in this matter which is presently set for January 22, 2019.

AS GROUNDS for the requested continuance and resetting of the trial date, the parties state and show the court the following:

1. On December 27, 2018 the court issued a Notice of Likely Change in the Trial Date from January 22, 2018 to January 14, 2018. Docket No. 37. The Docket Text states the court will confirm the change of trial date on January 8, 2019.

STIPULATION FOR CHANGE OF TRIAL DATE

CASE NO. 17-cv-01062-JLR

1

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

2. Counsel for Plaintiff learned of the proposed change in the trial date on December 28, 2018. Immediately upon learning of the proposed change he called the court's Case Administrator and left a message advising he is not available the week of January 14, 2019 as he had hearings on the 14th and the 16th. He further advised the parties were in settlement discussions and the parties' respective counsel agreed to hold off on the depositions in hopes of getting the matter settled. Several months ago counsel for the parties agreed to hold off on conducting depositions in the hope of getting the matter settled. On, or about, December 21, 2018 the parties' respective counsel agreed if the case does not settle they would complete depositions before the scheduled January 22, 2018.

3. On December 28, 2018 the court's Case Administrator returned the call of Plaintiff's counsel and left a message advising he should file a motion seeking relief from the proposed change in trial date. After returning to his office Plaintiff's counsel telephoned Defendant's California counsel Pavel Ekmekchyan and local counsel Donald Grant but had to leave a message.

4. Counsel for the respective parties discussed the matter by telephone on December 31, 2018. Defendant's California counsel Pavel Ekmekchyan advised he could not rearrange his schedule to appear for a trial beginning January 14, 2019. Defendant's local counsel Donald Grant also advised that he could not rearrange his schedule to appear for trial beginning January 14, 2019.

5. Plaintiff's counsel and Defendant's California counsel Pavel Ekmekchyan are in earnest settlement discussions and are very hopeful they can get this matter settled short of trial.

6. No other continuances have been sought or granted.

STIPULATION FOR CHANGE OF TRIAL DATE

CASE NO. 17-cv-01062-JLR

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067

2

7. The parties agree and acknowledge that no one will be prejudiced by a change of trial date.

WHEREFORE the parties stipulate to and request the court's approval of a continuance of the January 22, 2019 trial date in this matter and request that the parties be permitted to reset the trial on appropriate notice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

*Date*: 01/02/2019    /s/ *Steven C. Hathaway*
Steven C. Hathaway, WSBA # 24971
Attorney for Plaintiffs
3811 Consolidation Avenue
Bellingham, WA 98229
(360) 676-0529
shathaway@expresslaw.com

*Date*: 01/02/2019    */s/ Donald G. Grant*
Donald G. Grant, P.S.
Counsel for Defendant PennyMac
Attorneys and Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
E-MAIL: don@dongrantps.com

*Date*: 01/02/2019    */s/ Pavel Ekmekchyan*
Pavel Ekmekchyan
Counsel for Defendant PennyMac
YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.985.2007 Direct | 213.377.5501 Fax
E-MAIL: pavel@yumollp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

*Date*: _____    _____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR CHANGE OF TRIAL DATE

CASE NO. 17-cv-01062-JLR

3

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067